# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

HOWARD L. SMITH

## WARRANT FOR ARREST

CASE NUMBER: 00-6082-CR-FERGUSON(s)

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ HOWARD L. SMITH _____

Name

FILED by __ D.C.
SEP 21 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| X | Indictment |   | Information |   | Complaint |   | Order of court |   | Violation Notice |   | Probation Violation Petition

**charging him or her with** (brief description of offense)

CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Clarence Maddox — Court Administrator/Clerk of the Court

Name of Issuing Officer | Title of Issuing Officer

[signature]  9-21-00  Ft Lauderdale, FL.

Issuing Officer | Date and Location

[signature] Lurana S. Snow

Bail fixed at $ __PRETRIAL DETENTION__ _requested_ by __UNITED STATES MAGISTRATE JUDGE__

LURANA S. SNOW
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |