# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  509849

UNITED STATES OF AMERICA

V.

HOWARD L. SMITH

## WARRANT FOR ARREST

CASE NUMBER: 00-6082-CR-FERGUSON(s)

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **HOWARD L. SMITH** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment |    | Information |    | Complaint |    | Order of court |    | Violation Notice |    | Probation Violation Petition

**charging him or her with** (brief description of offense)

CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Clarence Maddox                                        Court Administrator/Clerk of the Court
Name of Issuing Officer                                Title of Issuing Officer

_(signature)_                                          9-21-00  Ft. Lauderdale, FL.
Issuing Officer                                        Date and Location

                                                       _Lurana S. Snow_
                                                       LURANA S. SNOW
Bail fixed at $ __PRETRIAL DETENTION__ _requested_ by __UNITED STATES MAGISTRATE JUDGE__
                                                       Name of Judicial Officer

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Marietta, GA |

| DATE RECEIVED 9/21/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 9/26/00 | | |

102