**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED
NOV 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
D.C.

DEFT:   HOWARD SMITH (summons)

CASE NO:   00-6082-CR-FERGUSON

AUSA:   ROGER POWELL

ATTY:

AGENT:

VIOL:   21846; 841(a)(1)

PROCEEDING:   I/A ON INDICTMENT

RECOMMENDED BOND:   PTD - deft made bond in Georgia

BOND HEARING HELD - yes / no

COUNSEL APPOINTED:   Scott Sakin

BOND SET @:   20,000 CSB

To be cosigned by:   20,000 CSB

Adapted from Georgia bond. Same conditions

❑   Do not violate any law.

❑   Appear in court as directed.

Advised of Charges

❑   Surrender and / or do not obtain passports / travel documents.

sworn for appoint't

❑   Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

of counsel

❑   Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑   Maintain or seek full - time employment.

CJA Counsel to be

❑   No contact with victims / witnesses.

appt'd.

❑   No firearms.

❑   Curfew: _____.

❑   Travel extended to: _____.

❑   Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN)OR REMOVAL: | 11-16 | 1:30 | SNOW | ✓ |
| STATUS CONFERENCE: | | | | |

DATE:   11/15/00    TIME:   11:00    FTL/LSS TAPE # 00 -   058    Begin:   958    End:   1238

128