## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: HOWARD SMITH (B)  
CASE NO: 00-6082-CR-FERGUSON

AUSA: ROGER POWELL / pres  
ATTY: SCOTT SAKIN, ESQ. pres

AGENT:  
VIOL:

PROCEEDING: ARRAIGNMENT  
RECOMMENDED BOND:

BOND HEARING HELD - yes / no  
COUNSEL APPOINTED:

BOND SET @:  
To be cosigned by:

FILED by MK D.C.
NOV 16 2000
CLARENCE MADDOX
C.O. U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 12-7 | 11 | SNOW ✓ | |

DATE  11/16/00   TIME: 1:30   FTL/LSS TAPE # 00 - 058   Begin. 2495   End. 2552

/33