UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA

vs

HOWARD SMITH

ARRAIGNMENT INFORMATION SHEET

FILED by
NOV 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on NOVEMBER 16, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:       Address: __ON BOND FORM_____
                 _____
                 Telephone:_____

DEFENSE COUNSEL: Name:____SCOTT SAKIN, ESQ. (CJA)_____
                 Address:_____
                 _____
                 Telephone:_____

BOND SET/CONTINUED:   $____CON'T AS SET IN GEORGIA_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __16TH__ day of __NOVEMBER_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_____
    Deputy Clerk

Tape No.____00-058_____

cc: Copy for Judge
    U. S. Attorney