HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __HOWARD SMITH__ CASE NO: __00-6082-CR-FERGUSON__
AUSA __ROGER POWELL__ *Thompson* ATTY __SCOTT SAKIN__
DAVID TUCKER, ESQ. for Larry Hall — *possible plea*   00-062 @1844

DEFT __JIMICK L. ADAMS__ CASE NO: __00-6195-CR-ZLOCH__
AUSA __DON CHASE__ *Thompson* ATTY __FPD — Hunt__
@1937

DEFT __JEFFREY SIBILLE__ CASE NO: __00-6316-CR-FERGUSON__
AUSA __TERRY THOMPSON__ *pr—* ATTY __STEPHEN PAVE__ *pres*

*12-21 for motion*    @1975

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __12/7/00__ TIME __11:00__

/551