UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO.:00-6082-CR-FERGUSON

V.

HOWARD SMITH,

        Defendant.
_____/

## DEFENDANT SMITH'S REQUEST FOR RULE 404(b) EVIDENCE

DEFENDANT, HOWARD SMITH, through undersigned counsel, hereby requests, pursuant to Federal Rule of Evidence 404(b) and S.D. Fla. L.R. 88.10H, that the government advise the Defendant of evidence of other crimes, wrongs, or acts that the government may use at trial. Defendant specifically requests reasonable notice in advance of trial of the general nature of any such evidence.

I HEREBY CERTIFY that a true and correct copy of the above was furnished to the **Office of the United States Attorney**, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 this ____ day of December, 2000.

        Respectfully submitted:
        SCOTT W. SAKIN, P.A.
        Attorney for Defendant
        1411 N.W. North River Drive
        Miami. FL 33125
        Tel: (305) 545-0007
        Fla. Bar #349089

        BY: _____
        Scott W. Sakin, Esq.