UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

CASE NO. 00-6082-CR-FERGUSON

      Plaintiff,

v.

HOWARD SMITH,

      Defendant.

_____/

## DEFENDANT SMITH'S MOTION TO MODIFY CONDITIONS OF BOND

THE DEFENDANT, HOWARD SMITH, through counsel, moves this Honorable Court to modify conditions of bond, and in support thereof states the following:

1. Defendant HOWARD SMITH was arrested upon an arrest warrant which was issued upon the filing of an Indictment in the above-styled case. The arrest took place in Atlanta, Georgia, where the Defendant resides.

2. Defendant appeared in United States District Court in Atlanta, Georgia, where a corporate surety bond in the amount of $20,000 was ordered along with electronic monitoring. Defendant is charged with conspiracy to possess with intent to distribute MDMA, commonly known as ecstasy. Defendant is also charged with many counts of possession with intent to distribute ecstasy.



3.   The Defendant waived removal and posted the bond in Atlanta.   The Defendant voluntarily appeared on November 16, 2000 before this Court for appointment of counsel and arraignment.   Undersigned counsel was appointed to represent the Defendant.

4.   The Defendant has abided by all conditions of release and has remained drug free during the period of arrest through present time.

5.   This motion seeks to remove electronic monitoring and to allow the Defendant to travel for his employment.   The Defendant is currently participating in a Narcotics Anonymous therapy group for federal pre-trial clients in the Atlanta area. The Defendant is employed as part of a race team for an  automobile racing company by the name of "Quality Race Craft."   The Defendant's employer is Brian Quinette at 175 Craemer Drive, Allpharetta, Georgia 30004.  As part of defendant's employment, he must attend the races which are held on various weekends beginning January 4, 2001 in Daytona, Florida, in March in Miami, Florida, in May in Watkins Glen, New York, in June in Lexington, Ohio, in July in Elkhart Lake, Wisconsin, and other locations to be announced throughout the year.

6.   The Defendant is residing with his parents at 2743 Harbor Wood Drive, Marietta, Georgia, a suburb of Atlanta.

7.  Counsel attempted, on several occasions, to confer with Assistant United

2

States Attorney Roger Powell.  Mr. Powell's position is unknown.

Respectfully submitted:

SCOTT W. SAKIN, P.A.
Counsel for Howard Smith
1411 N.W. North River Drive
Miami, Florida 33125
(305) 545-0007
Fla. Bar No. 349089

By:_____
       Scott W. Sakin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to **Roger Powell, Assistant U.S. Attorney**, Office of the U.S. Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394, and to **Donna E. Andrews, Senior United States Probation Officer,** 2000 Powers Ferry Road, Suite 530, Marietta, Georgia 30067 on this ___ day of January, 2001.

By:_____    o
       Scott W. Sakin, Esq.

3