UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

                              CASE NO. 00-6082-CR-FERGUSON

    Plaintiff,

v.

HOWARD SMITH,

    Defendant.

                                      /

**NIGHT BOX FILED**
**FEB 8 2001**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## **DEFENDANT SMITH'S SUPPLEMENTAL UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND**

THE DEFENDANT, HOWARD SMITH, through counsel, files this his Supplemental Motion to Modify Conditions of Bond, and sets forth the following additional information:

1. Defendant was arrested in Atlanta, Georgia, in October, 2000. At that time, the Defendant was appointed counsel, waived removal, and was released on a $20,000 corporate surety bond coupled with electronic monitoring.

2. On November 16, 2000, Defendant voluntarily appeared in Fort Lauderdale at Magistrate's Court for arraignment.

3. On January 4, 2001, Defendant filed a Motion to Modify Conditions of Bond setting forth the fact that he is a United States citizen and a lifelong resident of



Atlanta, Georgia. Further, Defendant resides with his parents at 2743 Harbor Wood Drive, Marietta, Georgia, a suburb of Atlanta.

5. The Defendant has abided by all conditions of release and has remained drug free during the period of arrest through present time.

6. The motion seeks to remove electronic monitoring and to allow the Defendant to travel for his employment. The Defendant is currently participating in a Narcotics Anonymous therapy group for federal pre-trial clients in the Atlanta area. The Defendant is employed as part of a race team for an automobile racing company by the name of "Quality Race Craft." The Defendant's employer is Brian Quinette at 175 Craemer Drive, Allpharetta, Georgia 30004. As part of defendant's employment, he must attend the races which are held on various weekends beginning January 4, 2001 in Daytona, Florida, in March in Miami, Florida, in May in Watkins Glen, New York, in June in Lexington, Ohio, in July in Elkhart Lake, Wisconsin, and other locations to be announced throughout the year.

7. Since the filing of said motion, Defendant has entered into a cooperation agreement with the DEA in Atlanta, Georgia. However, the Defendant has an electronic monitoring device attached to his ankle which, in effect, prohibits the Defendant from working with the DEA.

8. On February 5, 2001, the government and the defense appeared before this

cr-06082-DLG   Document 178   Entered on FLSD Docket 02/09/2001

Court for a calendar call, indicating that it is strongly believed this case will be resolved by plea. Furthermore, the government indicated it has no objection to the Defendant's request to modify conditions of bond, removing electronic monitoring, and permitting the Defendant to travel.

WHEREFORE, Defendant respectfully moves this Court to modify conditions of bond as stated herein.

Respectfully submitted:

SCOTT W. SAKIN, P.A.
Counsel for Howard Smith
1411 N.W. North River Drive
Miami, Florida 33125
(305) 545-0007
Fla. Bar No. 349089

By: _____
Scott W. Sakin, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to **Roger Powell, Assistant U.S. Attorney**, Office of the U.S. Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394 on this ___ day of February, 2001.

By: _____
Scott W. Sakin, Esq.

3