ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEB 0 2 2001

LUTHER D. THOMAS, Clerk
By: M. A. Parson
Deputy Clerk

UNITED STATES OF AMERICA,        :

    PLAINTIFF,        :

                     00 - 6082 - CR - 1 SDFL
                     Ferguson
                   CRIMINAL ACTION FILE NO.

v.        :

                1:00-M-1217        COPIES SERVED BY
HOWARD LAMAR SMITH, III,        :        MAGISTRATE

    DEFENDANT.        :

## ORDER

Before the Court is Alan J. Baverman's motion to withdraw as counsel of record for the defendant, whom he was appointed to represent in a Fed.R.Cr.P. 40 proceeding out of the Southern District of Florida. Mr. Smith is represented by counsel in that District, where charges against him are pending.

Since Mr. Baverman is being sworn in on February 1, 2001, as a U.S. Magistrate Judge, and thereafter as a matter of law could not represent Mr. Smith, the Court will excuse the 10-day notification requirements of Local Criminal Rule 57.1(E)(2)(b) and (d). The motion to withdraw is GRANTED.

IT IS SO ORDERED, this the ____2d____ day of ___February___, 2001.

E. Clay E Scofield

Honorable E. Clayton Scofield, III
United States Magistrate Judge

180

ORIGINAL

U.S.D.C. Atlanta

FEB 0 1 2001

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **PLAINTIFF,** | : |
| | : |
| | : **CRIMINAL ACTION FILE NO.** |
| **v.** | : |
| | : **1:00-M-1217** |
| **HOWARD LAMAR SMITH, III,** | : |
| | : |
| **DEFENDANT.** | : |
| | : |
| | : |
| | : |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, AND BRIEF IN SUPPORT THEREOF

NOW COMES ALAN J. BAVERMAN, counsel of record for the defendant Howard

Lamar Smith, III, and pursuant to Local Criminal Rule 57.1(E), respectfully requests the

Court to enter an order allowing him to withdraw as counsel of record for Mr. Smith. It also

is respectfully requested that the requirements of LCrR 57.1(E)(2) (b) and (d) be excused.

In support thereof, undersigned counsel shows as follows:

1.

On October 17, 2000, the Court appointed undersigned counsel to represent

Mr. Smith in a Rule 40 proceeding for the Southern District of Florida, where Mr.

Smith had been indicted. United States v. Acevedo, et al., No. 00-6082-CR-

Ferguson(s) (S.D. Fla.). Mr. Smith is being represented in that Disrtict by Scott

W. Sakin, Esq.

1

2.

As the Court is aware, counsel was selected as the next United States Magistrate Judge in this District, and is to be sworn in on February 1, 2001.

3.

Once sworn in as a full-time U.S. Magistrate Judge, counsel is prohibited from practicing law. 28 U.S.C. § 636(c).

4.

There are no pending matters concerning Mr. Smith in this District, other than his appearance bond.

5.

For all of the above reasons, it is respectfully requested that undersigned counsel be allowed to withdraw as counsel of record for the defendant.

6.

LCrR 57.1(E)(2)(b) and (d) usually require that counsel seeking to withdraw from a case advise the client in writing and, among other things, advise the client that she has 10 days to file any objections to the lawyer's request to withdraw, before counsel can file the withdrawal request. The Court is requested to excuse that requirement in this case, since Mr. Smith is represented in the District where he is being prosecuted.

WHEREFORE, for all the above and foregoing reasons, it is respectfully requested that the Court inquire into this motion, and grant the relief requested

2

herein.

RESPECTFULLY SUBMITTED,

Alan J. Baverman
Ga. Bar No. 043036
1800 Peachtree Rd., NW
Suite 300
Atlanta, Georgia 30309
(404) 351-8063 (telephone)
(404) 609-9632 (fax)

Attorney for Howard Lamar Smith, III

3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copies of the within and

foregoing pleading, by placing  true and correct copies of the same in separate

envelopes addressed as follows:

> William H. Thomas, Esq.
> Assistant U. S. Attorney
> 400 U.S. Courthouse
> 75 Spring St., S.W.
> Atlanta, Georgia  30335
>
> Scott W. Sakin, Esq.
> 1411 NW North River Drive
> Miami, Florida 33125
>
> Howard Lamar Smith, III
> 2743 Harper Woods Drive
> Marietta, Georgia 30062

in the United States Mail, with adequate first class postage affixed to each to insure

delivery.

This the 31st day of January, 2001.

Alan J. Baverman
Georgia Bar No. 043036

REMOVALS (RULE 40)

DATE: 9-27-00 @ 5:00

TAPE: 00-109 @ 2200

MAGISTRATE ___Scofield___

PRESIDING ___Peter Blevins___ DEPUTY CLERK

CASE NUMBER ___1:00 M 1217___

DEFENDANT'S NAME Howard Lamar Smith

AUSA ___Yates___

DEFENDANT'S ATTY ___Suzanne Hashimi___

Type Counsel (circle): Retained    CJA    FD

USPO _____

___✓___ Initial appearance hearing held.

___✓___ Defendant informed of rights.

___✓___ ORDER appointing Federal Defender Program attorney for defendant.

_____ ORDER appointing_____ attorney for defendant.

_____ ORDER defendant shall pay attorney's fees as follows:_____

_____

___✓___ Defendant WAIVES removal hearing (as to identity only). WAIVER FILED.

_____ Defendant WAIVES preliminary hearing (___ in this district only). WAIVER FILED.

_____ Removal hearing set/reset/cont to _____ @ _____.

_____ Removal hearing HELD.

_____ Order finding probable cause. Defendant held to District Court for removal to other district.

_____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.

_____ Order defendant removed to other district. Commitment issued_____.

_____ Miscellaneous:_____

## BOND/PRETRIAL DETENTION HEARING

___✓___ Government/Motion for detention filed.    (oral)

___✓___ Bond/Pretrial detention hearing held.

_____ Pretrial detention hearing set for _____. (___ in charging district)

_____ (___ Verbal) Motion to reduce bond___ GRANTED ___DENIED

_____ Pretrial detention ordered. (Written order to follow _____).

___✓___ BOND set at $ 20,000.00

_____ NON-SURETY

___✓___ SURETY/CASH:_____ Property Acceptable: ___✓___ Corporate surety ONLY

_____ COMBINATION:_____

___✓___ SPECIAL CONDITIONS: PTS _____

_____

_____ Bond filed, defendant released.

___✓___ Bond not executed, defendant to remain in Marshal's custody.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

SEP 2 7 2000

LUTHER D. THOMAS, **CLERK**
By_____ **Deputy Clerk**

UNITED STATES OF AMERICA,

**WAIVER OF RULE 40 HEARINGS**

vs.

**(EXCLUDING PROBATION CASES)**

HOWARD LAMAR SMITH III

CASE NO.: 1:00-M-1217

I, HOWARD LAMAR SMITH III, understand that in the Southern District of Florida,

charges are pending alleging violation of 21:846,841, and that I have been arrested in this

District and taken before a United States Magistrate Judge, who informed me of the charge(s)

and of my right to:

(1)    retain counsel or requires the assignment of counsel if I am unable to retain counsel,
(2)    request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty,
(3)    an identity hearing to determine if I am the person named in the charge, and
(4)    a preliminary examination (unless indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or in the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☑    identity hearing

☐    preliminary examination

☐    identity hearing and have been informed I have no right to a preliminary examination

☐    identity hearing but request a preliminary examination be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

Dated in Atlanta, Georgia this 27th day of September, 2000.

_____
DEFENDANT

_____
DEFENSE COUNSEL

FILED IN OPEN COURT
U.S.D.C. - ATLANTA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SEP 2 7 2000

LUTHER D. THOMAS, CLERK
By_____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO. 1:00-M-1217

HOWARD LAMAR SMITH, III,

    Defendant.

## ORDER APPOINTING COUNSEL

### SUZANNE HASHIMI

The above-named defendant has testified under oath or has filed with the Court

an affidavit of financial status and hereby satisfied this Court that he or she is financially

unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed

to represent this defendant in the above-captioned case unless relieved by an Order of

this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 27th day of September, 2000.

E. Clayton Scott

**UNITED STATES MAGISTRATE JUDGE**

MAGISTRATE'S CRIMINAL MINUTES

ARRAIGNMENT,
PLEA AND
SENTENCE



**Filed in Open Court:**   **Date:** 9-29-00   at 11:50

**Tape:** 00-112   at 960

**Magistrate (presiding):** Scofield   _Pat Dh___
Deputy Clerk

**Case Number:** 1:00 M 1217   **Defendant's Name:** Howard L. Smith

**AUSA:** Yates   **Defendant's Attorney:** _____
State Bar of Ga. #   State Bar of Ga. #

**USPO/PTR:** _____   **Type Counsel:** ( ) Retained  ( ) CJA  ( ) FPD  ( ) Waived

_____ ARREST DATE: _____.
_____ INTERPRETER: _____.
_____ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT. Dft.in Custody? ( ) Yes  ( ) No
_____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.
_____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY
_____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.
_____ ORDER giving defendant _____ days to employ counsel. (cc: serv by Mag)
_____ Dft. to pay attorney fees as follows: _____
_____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.
_____ Copy indictment/information given to dft? ( ) yes ( ) no   READ to dft? ( ) yes ( ) no.
_____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.
_____ ARRAIGNMENT HELD. ( ) superseding indictment/information).
_____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt. ( ) Dft.
_____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____.
_____ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.
_____ MOTION TO CHANGE PLEA, and order allowing same.
_____ PLEA OF GUILTY / NOLO as to counts _____.
_____ Petition to enter plea of GUIILTY/NOLO filed.
_____ NEGOTIATED PLEA between Government and defendant filed.
_____ ASSIGNED TO JUDGE _____ for: ( ) trial ( )arraignment/sentence.
_____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
_____ Estimated trial time: ____ days: ( ) SHORT ( ) MEDIUM ( ) LONG
_____ CONSENT TO PRESENTENCE INVESTIGATION filed.   Referred to USPO for PSI and continued until
_____ at _____ for sentencing.

✓ See other side.

_____, Defendant

____ Government MOTION FOR DETENTION filed.  Hearing set for _____ at _____.

____ Temporary commitment issued.

**ID/PRETRIAL DETENTION HEARING**

____ BOND/PRETRIAL DETENTION hearing held.

____ MOTION FOR REDUCTION OF BOND hearing held.

____ Motion for reduction of bond ( ) GRANTED ( ) DENIED.

____ WRITTEN ORDER TO FOLLOW.

____ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED.

____ WRITTEN ORDER TO FOLLOW.

____ BOND SET AT $ _____.

____ Non-Surety

____ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY

____ SPECIAL CONDITIONS: _____

_____

_____

_____

✓ Bond filed; defendant released.

____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

_____

:NTENCE:_____

_____

_____

_____

_____

_____

_____

03

AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

<u>NORTHERN</u> DISTRICT OF <u>GEORGIA</u>

UNITED STATES OF AMERICA

**v.**

Howard Lamar Smith
_____
Defendant

**APPEARANCE BOND**

CASE NUMBER: 1:00 M 1217

Non–surety: I, the undersigned defendant acknowledge that I and my . . .

Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 20,000.00 , and there has been deposited in the Registry of the Court the sum of $ 20,000.00 in cash or Corporate Surety (describe other security.)

The conditions of this bond are that the defendant Howard Lamar Smith .
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on <u>September 29, 2000</u> at <u>U.S. Courthouse in Atlanta, Georgia</u> .
Date                                                      Place

Defendant. _____  Address. 2743 Harper Woods Dr Marietta
Howard Lamar Smith                                         30220A

Surety. Howard Lamar Smith Jr.  Address. _____

Surety. _____  Address. Delta Bail Bonds, Inc.
Paul Stewart (Safety Nat'l Casualty Corp)         629 H Airport Rd, NE
                                                  Lawrenceville, GA  30045

Signed and acknowledged before me on <u>9/29/00</u> as to signature of surety only.
Date

_____
Judicial Officer/Clerk

Approved: E. Clay _____
Judicial Officer