UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,                          CASE NO. 00-6082-CR-FERGUSON

v.

HOWARD SMITH,
Defendant.
_____/

**FILED** MAR 2 1 200

## ORDER MODIFYING CONDITIONS OF BOND

THIS CAUSE having come before the Court upon Defendant HOWARD

SMITH'S Motion to Modify Conditions of Bond (filed January 4, 2001 and February

9, 2001), and the Court being fully advised, it is hereby

ORDERED AND ADJUDGED:

That Defendant HOWARD SMITH'S Motion to Modify Conditions of Bond

is GRANTED. The Defendant is permitted to travel for work related purposes, and

shall advise Pre-Trial Services of his itinerary. Furthermore, Defendant's electronic

monitoring **CONDITION IS TERMINATED.** ~~shall be removed~~.

DONE AND ORDERED at Fort Lauderdale, Florida this 21st day of Mas.,
2001.

_____
WILKIE D. FERGUSON, JR.
U.S. DISTRICT COURT JUDGE

cc: Scott W. Sakin, Esq.
    Roger Powell, Assistant U.S. Attorney (FTL)
    Pre-Trial Services (FTL)


