United States District Court
for
SOUTHERN FLORIDA

U.S.A. vs. **Howard Smith**                     Docket No. 00:6082-CR-FERGUSON

**Petition for Action on Conditions of Pretrial Release**

**COMES NOW <u>Darwin L. Crenshaw</u> PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Howard Smith</u> who was released by the Honorable <u>Lurana S. Snow</u> sitting in the court at <u>Fort Lauderdale,</u> on the <u>15th day</u> of November, <u>2000</u> on the following bond:**

1. $20,000 Corporate Surety Bond
2. Report to Pretrial Services once a week by telephone and once a month in person
3. Travel restricted to the Southern District of Florida for Court purposes and Northern District Of Georgia
4. Maintain and/or seek full time employment
5. Surrender and/or do not obtain a passport or any travel document
6. Maintain current residence
7. No firearms or destructive device
8. No alcohol use
9. Random substance abuse testing and treatment as deemed necessary
10. Electronic Monitoring w/ Home Detention
11. Refrain from obstructing or attempting to obstruct or tamper with electronic monitoring equipment or substance abuse tests.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS
(If short insert here; if lengthy write on separate sheet and attach)

Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for Methamphetamine and Amphetamine, on February 7, 2001, and February 27, 2001. Mr. Smith admitted to Senior U.S. Probation Donna E. Andrew, Northern District of Georgia, that he consumed Methamphetamine.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Smith's bond be modified to reinstate electronic monitoring.

**ORDER OF COURT**

**Considered and ordered this** 2ND
____Day of __APRIL____, 2001
**and ordered filed and made a part of the records in the above case.**

_____
Honorable Wilkie D. Ferguson, Jr.
U.S. District Judge

**Respectfully,**

_Darwin Crenshaw_
Darwin L. Crenshaw
U.S. Pretrial Services Officer

Place: <u>Fort Lauderdale</u>

Date <u>March 27, 2001</u>