


PS 10
(8/88)

**United States District Court**
**for the**
**Southern District of Florida**

U.S.A. vs Howard Smith Docket No.: 00-6082-CR-FERGUSON

TO: [1]**Any United States Marshal or any authorized officer.**

| **WARRANT FOR ARREST OF DEFENDANT** | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>**Howard Smith III** | SEX<br>**MALE** | RACE<br>White Non Hispanic | AGE<br>27 |
| ADDRESS(STREET, CITY, STATE)<br>2743 Harper Woods Drive<br>Marietta, Georgia 30062<br>**Note:** The Defendant is currently detained at Cobb County Detention Center Marietta, Geogia | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>DISTRICT COURT OF SOUTHERN DISTRICT OF FLORIDA<br>**FT. LAUDERDALE, FL** | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>Amy Jordan | DATE<br>June 20, 2001 | |

| **RETURN** | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED<br>— | DATE RECEIVED<br>6/20/01 | DATE EXECUTED<br>6/21/01 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS, Marietta, GA | | |
| James A. Tassone, U.S. Marshal S/D Florida | by: Michael Gloetzner, ASDUSM | |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Southern District of Florida," or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

