**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | HOWARD SMITH (surrender) | CASE NO: | 00-6082-CR-FERGUSON |
| AUSA: | ROGER POWELL /Rice | ATTY: | SCOTT SAKIN, ESQ. pres |
| AGENT: | DARWIN CRENSHAW, PTS pres | VIOL: | BOND VIOLATION |
| PROCEEDING: | I/A ON VIOLATION | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by _____ D.C.
JUN 2 9 2001
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF F.A FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ✗ Random urine testing by Pretrial Services. X Treatment as deemed necessary.
- ❏ Participate in an in-patient out-patient program p/ PTS Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Advised of charges
Bond continued
as set in NOYBA
Originally, w/
added condition
re: drug treatment.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 6/29/01   TIME: 11:00   FTL/LSS TAPE # 01 - 034   Begin: 2507   End: 2770

23/