# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

(404) 215-1600

July 2, 2001

Office of the Clerk
U. S. Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301



Clerk's Office:

Rule 40 proceedings were held in this district on June 21, 2001 regarding HOWARD L. SMITH, N.D.Ga. Case No. 1:01-M-774, your Case No. 00-6082-CR-Ferguson. Enclosed are our documents of said proceedings.

If you have any questions, please call the Magistrate Courtroom Deputies' Office at (404) 215-1561.

Sincerely,

Lavonia Wade-Childs
Deputy Clerk

Enclosure

# MAGISTRATE'S CRIMINAL MINUTES
REMOVALS (RULE 40)

DATE: 6/21/01 @ 5:25pm
JFK TAPE: #01-38 @ 323

MAGISTRATE __JANET F. KING__    PRESIDING __Lavonia Wade-Childs__ DEPUTY CLERK

CASE NUMBER __1:01-m-774__    DEFENDANT'S NAME __Howard L. Smith__

AUSA __Randy Chartash__    DEFENDANT'S ATTY __Paul Kish__

Type Counsel (circle): Retained   CJA   (FPD)

USPO _____

S/D of FL: 00-6082-CR-Ferguson

✓ Initial appearance hearing held.
✓ Defendant informed of rights.
✓ ORDER appointing Federal Defender Program attorney for defendant.
___ ORDER appointing _____ attorney for defendant.
___ ORDER defendant shall pay attorney's fees as follows: _____

___ Defendant WAIVES removal hearing (as to identity only). WAIVER FILED.
✓ Defendant WAIVES preliminary hearing (✓ in this district only). WAIVER FILED.
___ Removal hearing set/reset/cont to _____ @ _____.
___ Removal hearing HELD.
___ Order finding probable cause. Defendant held to District Court for removal to other district.
___ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
___ Order defendant removed to other district. Commitment issued _____
___ Miscellaneous: _____

## (BOND)/PRETRIAL DETENTION HEARING

___ Government Motion for detention filed.
✓ Bond/Pretrial detention hearing held.
___ Pretrial detention hearing set for _____. (___ in charging district)
___ (___ Verbal) Motion to reduce bond ___ GRANTED ___ DENIED
___ Pretrial detention ordered. (Written order to follow _____).
✓ BOND set at $ 5,000.00
   ✓ NON-SURETY
   ___ SURETY/CASH: _____ Property Acceptable: _____ Corporate surety ONLY
   ___ COMBINATION: _____

✓ SPECIAL CONDITIONS: Report to the S/D of FL by close of business on Tuesday, June 26, 2001

✓ Bond filed, defendant released.

June 21, 2001
Luther D. Thomas, Clerk

By [signature]
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO. 1:01-M-774

HOWARD LAMAR SMITH,

Defendant.

### ORDER APPOINTING COUNSEL

PAUL KISH

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 21st day of June, 2001.

[signature]

UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
HOWARD LAMAR SMITH

## WAIVER OF RULE 40 HEARINGS
(Excluding Probation Cases)

CASE NUMBER: 1:01-M-774

I, _____ HOWARD LAMAR SMITH _____, understand that in the SOUTHERN _____ District of FLORIDA _____, charges are pending alleging violation of _____ SUPERVISED RELEASE _____ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20. Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

(X) preliminary examination

(  ) identity hearing and have been informed I have no right to a preliminary examination

(  ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

4/21/01
Date

_____
Defense Counsel

FILED IN OPEN COURT
June 21, 2001
Luther D. Thomas, Clerk
L. Vandu-Chiess
Deputy Clerk

# United States District Court

**NORTHERN** ———— **DISTRICT OF** ———— **GEORGIA**

UNITED STATES OF AMERICA

V.

Howard Lamar Smith
_____
Defendant

## APPEARANCE BOND

CASE NUMBER: 1:01-M-774

S/D of FL.00-6082-CR-
Ferguson

(Non-surety:) I, the undersigned defendant acknowledge that I and my . . .
Surety:   We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 5,000.00 _____, and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant   Howard Lamar Smith
                                                                  (name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 6/21/01 at 75 Spring Street, S. W., Atlanta, GA 30303
                               Date                                              Place

Defendant. _____   Address. 2743 Harper Woods Dr.

Surety. _____   Address. Mar: Ata GA 30067

Surety. _____   Address. _____

Signed and acknowledged before me on June 21, 2001
                                                 Date

_____
Judicial Officer/Clerk

Approved: _____
                    Judicial Officer

JUN-20-2001 02:32 U S PROBATION OFFICE 770 850 6354 P.03

AUSA: CHARTASH
FDP: KISH

PS 10
(8/88)

## United States District Court
## for the
## Southern District of Florida

101M774

U.S.A. vs Howard Smith          Docket No.: 00-6082-CR-FERGUSON

TO: ¹Any United States Marshal or any authorized officer.

| WARRANT FOR ARREST OF DEFENDANT |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |||||
| NAME OF DEFENDANT | | SEX | RACE | AGE |
| Howard Smith III | | MALE | White Non Hispanic | 27 |
| ADDRESS(STREET, CITY, STATE) 2743 Harper Woods Drive     Note: The Defendant is currently detained at Cobb County Detention Center Marietta, Georgia 30062          Marietta, Georgia |||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES) DISTRICT COURT OF SOUTHERN DISTRICT OF FLORIDA FT. LAUDERDALE, FL |||||
| CLERK Clarence Maddox | (BY) DEPUTY CLERK *Cindy Jordan* || DATE *June 20, 2001* ||

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida By *Cindy Jordan* Deputy Clerk Date *June 20, 2001* |

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Southern District of Florida," or "any United States Marshal," or "Any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

TOTAL P.03

JUN-20-2001  02:32    U S PROBATION OFFICE         770 850 6354   P.02

United States District Court
for
SOUTHERN FLORIDA

U.S.A. vs. Howard Smith                    Docket No. 00:6082-CR-FERGUSON

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Darwin L. Crenshaw** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Howard Smith** who was released by the Honorable **Lurana S. Snow** sitting in the court at **Fort Lauderdale**, on the **15th** day of November, **2000** on the following bond:

1. $20,000 Corporate Surety Bond
2. Report to Pretrial Services once a week by telephone and once a month in person
3. Travel restricted to the Southern District of Florida for Court purposes and Northern District of Georgia
4. Maintain and/or seek full time employment
5. Surrender and/or do not obtain a passport or any travel document
6. Maintain current residence
7. No firearms or destructive device
8. No alcohol use
9. Random substance abuse testing and treatment as deemed necessary
10. Electronic Monitoring w/ Home Detention
11. Refrain from obstructing or attempting to obstruct or tamper with electronic monitoring equipment or substance abuse tests.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here, if lengthy write on separate sheet and attach)

1. Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of being charged on June 10, 2001 (Case #:01-095456), by the Cobb County Police Department in Marietta, Georgia with 1) Possession of Controlled Substances; 2) Driving with a suspended license; and 3) Headlights on half after sunset. According to the police report and after being read his Miranda rights, the defendant made a statement that the syringes found in his car were used for "speed approximately a week and a half ago." In addition, the defendant confirmed that pills found in his car were "oxycontin". On June 11, 2001, bond was set at $7,500 corporate surety bond but the defendant has not made bail and remains in state custody.

2. Mr. Smith violated the special condition of release of Electronic Monitoring by failing to comply with his schedule by late arrivals to his residence on nine (9) occasions: April 7th, 13th, 14th; May 4th, 6th, 11th, 20th, 26th; and June 9, 2001.

**PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT PURSUANT TO 18: U.S.C. 3148.**

ORDER OF COURT

Considered and ordered this 20th
___ Day of June, 2001
and ordered filed and made a part of the records in the above case.

_____
Honorable Lurana S. Snow
U.S. Magistrate Judge

Respectfully,

_____
Darwin L. Crenshaw
U.S. Pretrial Services Officer

Place: Fort Lauderdale

Date: June 14, 2001