**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6082-CR-WDF__          Date: __September 4, 2001__

Clerk: ~~Troy Walker~~ D. McIntosh   Reporter: __Stephen Franklin__

USPO: _____ Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __HOWARD L. SMITH (B)__

AUSA: __Roger Powell__

Defendant(s) Counsel: __Scott Sakin, Esq.,__

Defendant(s) Present_____ Not Present __✓__ In Custody_____

Reason for hearing: __Calendar Call__

Result of hearing: __Defendant will plea__

Case Continued to: __9/10/01__ Time: __2:00__ P.M. __Change of Plea__

248