UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA
Plaintiff,

Vs.

HOWARD L. SMITH (B)

Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been reset for **CHANGE OF PLEA** on

Monday, September 10, 2001 at 2:00 p.m., before the Honorable Wilkie D. Ferguson, Jr., United

States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this 4th day of September 2001.

DELORIS MCINTOSH
COURTROOM DEPUTY

cc:
Roger Powell, AUSA
Scott Sakin, Esq.,
U.S. Marshal