UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,
             Plaintiff,            MINUTES CHANGE OF PLEA
     vs.

HOWARD L. SMITH, (B)                              SEP 1 0 2001
             Defendant.
_____/

On September 10, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Scott Sakin, Esq., appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) ONE (1) of the Superseding Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Waiver of Indictment executed in open court.

Whereupon:

( )   The Court proceeded to pronounce sentence.

(X)   The Court postponed sentencing until **November 23, 2001**
      9:00 a.m.,

(X)   and the defendant was allowed to remain on present
      bond until then;

( )   and the defendant remanded to the custody of the
      U.S. Marshal until a $_____ bond is posted;

( )   and the defendant was remanded to the custody of the
      U.S. Marshal awaiting sentencing.

AUSA Roger Powell
Reporter Stephen Franklin
Clerk Deloris McIntosh