United States District Court
for
SOUTHERN FLORIDA

U.S.A. vs. **Howard Smith**                                    Docket No. 00:6082-CR-FERGUSON

**Petition for Action on Conditions of Pretrial Release**

**COMES NOW <u>Darwin L. Crenshaw</u> PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Howard Smith</u> who was released by the Honorable <u>Lurana S. Snow</u> sitting in the court at <u>Fort Lauderdale</u>, on the 15th day of November, <u>2000</u> on the following bond:**

1. Report to Pretrial Services once a week by telephone and once a month in person
2. Travel restricted to the Southern District of Florida for Court purposes and Northern District of Georgia
3. Maintain and/or seek full time employment
4. Surrender and/or do not obtain a passport or any travel document
5. Maintain current residence
6. Refrain from possession of firearms or destructive devices
7. Refrain from alcohol use
8. Random substance abuse testing and treatment as deemed necessary
9. Electronic Monitoring with Home Detention (deleted on 3/21/01, then later reinstated on 4/2/01)
10. Refrain from obstructing or attempting to obstruct or tamper with electronic monitoring equipment or substance abuse tests
11. Participate in an inpatient or outpatient treatment center as directed by Pretrial Services (6/29/01)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS
(If short insert here, if lengthy write on separate sheet and attach)

1. Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for Amphetamine, Methamphetamine and cocaine on July 2, 2001. The results were confirmed positive for Amphetamine, Methamphetamine and Cocaine on August 15, 2001, by PharmChem Laboratories. The defendant also tested positive for Amphetamine and Methamphetamine on August 15, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on August 23, 2001, by PharmChem Laboratories. The defendant again tested positive for Amphetamine and Methamphetamine on August 24, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on September 3, 2001, by PharmChem Laboratories.

2. Mr. Smith has violated the special condition of release that he participate in an inpatient or outpatient substance abuse treatment program by failing to complete the program due to poor attendance.

**PRAYING THAT THE COURT WILL ORDER BOND REVOKED AND THE DEFENDANT HELD WITHOUT BOND PENDING A HEARING PURSUANT TO 18 U.S.C. 3148.**

**ORDER OF COURT**

Considered and ordered this 26th
Day of SEPT., 2001
and ordered filed and made a part of the records in the above case.

Honorable Wilkie D. Ferguson, Jr.
U.S. District Judge

Respectfully,

Darwin L. Crenshaw
U.S. Pretrial Services Officer

Place: Fort Lauderdale

Date  September 21, 2001