**United States District Court**
**for the**
**Southern District of Florida**

United States of America
v
**HOWARD SMITH**

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date SEP 2 8 2001

**WARRANT FOR ARREST**

Case Number: **00:6082-CR-FERGUSON**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **HOWARD SMITH**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  **X VIOLATION OF PRETRIAL PETITION**

charging him or her with (brief description of offense)

1. Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for Amphetamine, Methamphetamine and cocaine on July 2, 2001.

   The results were confirmed positive for Amphetamine, Methamphetamine and Cocaine on August 15, 2001, by PharmChem Laboratories. The defendant also tested positive for Amphetamine and Methamphetamine on August 15, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on August 23, 2001, by PharmChem Laboratories. The defendant again tested positive for Amphetamine and Methamphetamine on August 24, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on September 3, 2001, by PharmChem Laboratories.

2. Mr. Smith has violated the special condition of release that he participate in an inpatient or outpatient substance abuse treatment program by failing to complete the program due to poor attendance.

in violation of Title __18__  United States Code, Section(s) __3148__

DARWIN L. CRENSHAW
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $ __NONE__

United States Pretrial Services Officer
Title of Issuing Officer

September 21, 2001, Fort Lauderdale, FL.
Date and Location

by _signature_
Hon. WILKIE D. FERGUSON, Jr.
U.S. District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |

255