UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 00-6082-CR-FERGUSON |
| Plaintiff(s) | |
| vs. | |
| HOWARD L. SMITH (B) | |
| Defendant(s). | |

FILED by _____ D.C.

OCT 26 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been reset for a **SENTENCING** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on January 11, 2002 at 10:00 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 26th day of October 2001.

_____
DELORIS MCINTOSH
DEPUTY CLERK

copies provided:
Roger Powell, AUSA
Scott Sakin, Esq.,
U.S. Probation