AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## for the
## Southern District of Florida

United States of America
v
**HOWARD SMITH**

## WARRANT FOR ARREST

Case Number: **00:6082-CR-FERGUSON**

**To: The United States Marshal
and any Authorized United States Officer**

FILED by _____ D.C.
DEC 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest **HOWARD SMITH**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  **X VIOLATION OF PRETRIAL PETITION**

charging him or her with (brief description of offense)

1. Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for Amphetamine, Methamphetamine and cocaine on July 2, 2001.

   The results were confirmed positive for Amphetamine, Methamphetamine and Cocaine on August 15, 2001, by PharmChem Laboratories. The defendant also tested positive for Amphetamine and Methamphetamine on August 15, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on August 23, 2001, by PharmChem Laboratories. The defendant again tested positive for Amphetamine and Methamphetamine on August 24, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on September 3, 2001, by PharmChem Laboratories.

2. Mr. Smith has violated the special condition of release that he participate in an inpatient or outpatient substance abuse treatment program by failing to complete the program due to poor attendance.

in violation of Title __18__ United States Code, Section(s) __3148__

| DARWIN L. CRENSHAW | United States Pretrial Services Officer |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *signature* | September 21, 2001, Fort Lauderdale, FL. |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ __NONE__ | by *signature* |
| | Hon. WILKIE D. FERGUSON, Jr. |
| | U.S. District Judge |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Atlanta, GA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/21/01 | Edward Stubbs, acting USM SD/FL | Barry Golden, ASDUSM |
| DATE OF ARREST | | |
| 12/06/01 | | |