## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | HOWARD SMITH (J)# | CASE NO: | 00-6082-CR-Ferguson |
| AUSA: | Roger Powell /s/ Chase | ATTY: | Scott Sakin *not present* |
| AGENT: | PTS: Darwin Crenshaw | VIOL: | Violation of Bond |
| PROCEEDING: | Initial Appearance on violation | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

DEC 19 2001

△ - advised of charges

— bond matter must be dealt with by Judge Snow (two-part plea)

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:   12-31-01   11:00am   LSS

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 12-19-01   TIME: 11:00am   TAPE # 01-095   Begin: 1985   End: 2198