# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: HOWARD SMITH (J)               CASE NO: 00-6082-CR-FERGUSON
AUSA: ROGER POWELL /Mitrani          ATTY: SCOTT SAKIN
AGENT: Kathleen Shannon-Hunt         VIOL:
PROCEEDING: BOND HEARING  PTS - sw   RECOMMENDED BOND:
BOND HEARING HELD - yes / no         COUNSEL APPOINTED:
BOND SET @:                          To be cosigned by:

*FILED by D.C. DEC 26 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Advised of Charges
PTS Officer sworn

Continued to
12/27/01 @ 11 Am

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 12/27 | 11 | BSS ✓ | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 12/26/01    TIME: 11:00    FTL/LSS TAPE # 01 - 097    Begin: 309    End: 109

274