## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: HOWARD SMITH (J)      CASE NO: 00-6082-CR-ZLOCH
AUSA: ROGER POWELL / Mitrani      ATTY: SCOTT SAKIN  pres
AGENT: PTS - Darwin Crenshaw VIOL.
PROCEEDING: BOND HEARING CONTINUATION      RECOMMENDED BOND:
BOND HEARING HELD - yes / no      COUNSEL APPOINTED:
BOND SET @:      To be cosigned by:

FILED by ___ D.C.
DEC 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Bond revoked —
Remanded until
sentencing Jan 11

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 12/27/01   TIME: 11:00   FTL/BSS TAPE # 01 - 098   Begin: 2240   End: 2320