# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS  
CLERK OF COURT

(404) 215-1358

December 27, 2001



Clerk's Office:

    Rule 40 proceedings were held in this district on DECEMBER 6, 2001 regarding HOWARD SMITH, N.D.Ga. Case No. 1:01-M-1430, your Case No. 00:6082-CR-FERGUSON. Enclosed are our documents of said proceedings.

    If you have any questions, please call the Magistrate Courtroom Deputies' Office at (404) 215-1358.

Sincerely,

PAT WALKER  
Deputy Clerk

Enclosure

DEC 06 2001 13:34 FR US MARSHAL FT LAUD 954 356 7088 TO 914047302549    P.01

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## for the
### Southern District of Florida

United States of America
v
**HOWARD SMITH**

**WARRANT FOR ARREST**

Case Number: 00:6082-CR-FERGUSON

1:01-M-1430

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **HOWARD SMITH** _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   X **VIOLATION OF PRETRIAL PETITION**

charging him or her with (brief description of offense)

1.  Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for Amphetamine, Methamphetamine and cocaine on July 2, 2001.

    The results were confirmed positive for Amphetamine, Methamphetamine and Cocaine on August 15, 2001, by PharmChem Laboratories. The defendant also tested positive for Amphetamine and Methamphetamine on August 15, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on August 23, 2001, by PharmChem Laboratories. The defendant again tested positive for Amphetamine and Methamphetamine on August 24, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on September 3, 2001, by PharmChem Laboratories.

2.  Mr. Smith has violated the special condition of release that he participate in an inpatient or outpatient substance abuse treatment program by failing to complete the program due to poor attendance.

in violation of Title __18__ United States Code, Section(s) __3148__

DARWIN L. CRENSHAW                      United States Pretrial Services Officer
Name of Issuing Officer                 Title of Issuing Officer

[signature]                             September 24, 2001, Fort Lauderdale, FL.
Signature of Issuing Officer            Date and Location

Bail fixed at $ __NONE__                by [signature]
                                        Hon. WILKIE D. FERGUSON, Jr.
                                        U.S. District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEC 06 2001 13:04 FR US MARSHAL FT LAUD 954 356 7088 TO 914047302549   P.02

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
District Court
Southern District of Florida
By _____ Deputy Clerk
Date SEP 28 2001

United States District Court
for
SOUTHERN FLORIDA

U.S.A. v. Howard Smith                    Docket No. 00:6082-CR-FERGUSON

Petition for Action on Conditions of Pretrial Release

COMES NOW Darwin L. Crenshaw PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Howard Smith who was released by the Honorable Lurana S. Snow sitting in the court at Fort Lauderdale, on the 15th day of November, 2000 on the following bond:

1. Report to Pretrial Services once a week by telephone and once a month in person
2. Travel restricted to the Southern District of Florida for Court purposes and Northern District of Georgia
3. Maintain and/or seek full time employment
4. Surrender and/or do not obtain a passport or any travel document
5. Maintain current residence
6. Refrain from possession of firearms or destructive devices
7. Refrain from alcohol use
8. Random substance abuse testing and treatment as deemed necessary
9. Electronic Monitoring with Home Detention (deleted on 3/21/01, then later reinstated on 4/2/01)
10. Refrain from obstructing or attempting to obstruct or tamper with electronic monitoring equipment or substance abuse tests
11. Participate in an inpatient or outpatient treatment center as directed by Pretrial Services (6/29/01)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS
(If short, insert here; if lengthy write on separate sheet and attach)

1. Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for Amphetamine, Methamphetamine and cocaine on July 2, 2001. The results were confirmed positive for Amphetamine, Methamphetamine and Cocaine on August 15, 2001, by PharmChem Laboratories. The defendant also tested positive for Amphetamine and Methamphetamine on August 15, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on August 23, 2001 by PharmChem Laboratories. The defendant again tested positive for Amphetamine and Methamphetamine on August 24, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on September 3, 2001, by PharmChem Laboratories.

2. Mr. Smith has violated the special condition of release that he participate in an inpatient or outpatient substance abuse treatment program by failing to complete the program due to poor attendance.

PRAYING THAT THE COURT WILL ORDER BOND REVOKED AND THE DEFENDANT HELD WITHOUT BOND PENDING A HEARING PURSUANT TO 18 U.S.C. 3148.

ORDER OF COURT

Considered and ordered this 26th
Day of Sept., 2001
and ordered filed and made a part of the records in the above case.

Honorable Wilkie D. Ferguson, Jr.
U.S. District Judge

Respectfully,

Darwin L. Crenshaw
U.S. Pretrial Services Officer

Place: Fort Lauderdale

Date   September 21, 2001

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## for the
## Southern District of Florida

**United States of America**

v

**HOWARD SMITH**

*Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date SEP 2 8 2001*

## WARRANT FOR ARREST

Case Number: **00:6082-CR-FERGUSON**

1;01-m-1430

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____**HOWARD SMITH**_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  **X VIOLATION OF PRETRIAL PETITION**

charging him or her with (brief description of offense)

1. Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for Amphetamine, Methamphetamine and cocaine on July 2, 2001.

   The results were confirmed positive for Amphetamine, Methamphetamine and Cocaine on August 15, 2001, by PharmChem Laboratories. The defendant also tested positive for Amphetamine and Methamphetamine on August 15, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on August 23, 2001, by PharmChem Laboratories. The defendant again tested positive for Amphetamine and Methamphetamine on August 24, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on September 3, 2001, by PharmChem Laboratories.

2. Mr. Smith has violated the special condition of release that he participate in an inpatient or outpatient substance abuse treatment program by failing to complete the program due to poor attendance.

in violation of Title __18__ United States Code, Section(s) __3148__

| DARWIN L. CRENSHAW | United States Pretrial Services Officer |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | September 21, 2001, Fort Lauderdale, FL. |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ __NONE__ | by *[signature]* |
| | Hon. WILKIE D. FERGUSON, Jr. |
| | U.S. District Judge |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# MEMORANDUM

## U.S. Pretrial Services Office – Southern District of Florida
### Fort Lauderdale Office

**Date:**     September 21, 2001

**To:**       The Honorable Wilkie D. Ferguson, Jr.
              U.S. District Judge

**From:**     Darwin L. Crenshaw
              U.S. Pretrial Services Officer

**Re:**       <u>Smith, Howard</u>
              Case#: 00-6082-CR-Ferguson
              VIOLATION OF CONDITIONS OF RELEASE - PETITION AND WARRANT
*************************************************************************

## PRESENT COURT STATUS:

The defendant was arrested in the Northern District of Georgia, on September 26, 2000, based upon an Indictment out of the Southern District of Florida, charging him with Possession With Intent To Distribute Methylenedioxymethamphetamine (MDMA), commonly known as ecstacy. The defendant made his initial appearance before the Honorable E. Clayton Scofield, U.S. Magistrate Judge in Atlanta, who set bond in the amount of $20,000 Corporate Surety Bond with the following special conditions of release:

1. Report to Pretrial Services once a week by telephone and once a month in person
2. Travel restricted to the Southern District of Florida for Court purposes and Northern District of Georgia
3. Maintain and/or seek full time employment
4. Surrender and/or do not obtain a passport or any travel document
5. Maintain current residence
6. Refrain from possession of firearms or destructive devices
7. Refrain from alcohol use
8. Random substance abuse testing
9. Electronic Monitoring with Home Detention (deleted on 3/21/01, then later reinstated on 4/2/01)
10. Refrain from obstructing or attempting to obstruct or tamper with electronic monitoring equipment or substance abuse tests
11. Participate in an inpatient or outpatient treatment center as directed by Pretrial Services (6/29/01)

On September 10, 2001, the defendant entered a change of plea before Your Honor. He is scheduled for sentencing on November 30, 2001.

## NATURE OF VIOLATION:

1.      Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for Amphetamine, Methamphetamine and cocaine on July 2, 2001.

Page 2.
REF: Smith, Howard
PSO: D. Crenshaw

The results were confirmed positive for Amphetamine, Methamphetamine and Cocaine on August 15, 2001, by PharmChem Laboratories. The defendant also tested positive for Amphetamine and Methamphetamine on August 15, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on August 23, 2001, by PharmChem Laboratories. The defendant again tested positive for Amphetamine and Methamphetamine on August 24, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on September 3, 2001, by PharmChem Laboratories.

2. Mr. Smith has violated the special condition of release that he participate in an inpatient or outpatient substance abuse treatment program by failing to complete the program due to poor attendance.

### SUPERVISION ADJUSTMENT:

Since the defendant's release on bond, he has been supervised by U.S. Pretrial Services Officer Donna Andrews in the Northern District of Georgia, Atlanta Division. According to Officer Andrews, the defendant has been provided with ample opportunity to address his substance abuse addiction when he was referred to intensive outpatient drug treatment. Officer Andrews further indicated, however that the defendant did not complete the program and failed to attend as directed. Despite the program objectives, the defendant has not ceased his use of illegal drugs. A previous violation memorandum was submitted to the Court on 3/27/01 referencing two (2) other positive urinalysis tests.

A criminal record check was conducted with the National Crime Information Center and the Florida Department of Law Enforcement on September 19, 2001, and no additional criminal activity was discovered.

### RECOMMENDATION:

Despite undergoing intensive outpatient treatment, the defendant has been unable to refrain from use of illegal drugs as ordered by this Court. Therefore, it is respectfully recommended that an arrest warrant be issued for the defendant to appear before the Court to show cause why his conditions of release should not be revoked, pursuant to the provisions of Title 18: USC 3148. If Your Honor concurs with this recommendation, a Petition for Action and a Warrant are attached for your signature.

Respectfully submitted,

Darwin L. Crenshaw
U.S. Pretrial Services Officer
(954)769-5610

Approved By:

James T. Jamros Supervising
U.S. Pretrial Services Officer

Page 3.
REF: Smith, Howard
PSO: D. Crenshaw

cc: The Honorable Lurana S. Snow
    United States Magistrate Judge

    Mr. Roger Powell, AUSA
    Fort Lauderdale, Florida

    Mr. Scott W. Sakin
    1411 N.W. North River Drive
    Miami, Florida 33125-2601



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk, District Court Southern District of Florida
By _____ Deputy Clerk
Date _____

United States District Court
for
SOUTHERN FLORIDA

U.S.A. v. Howard Smith                     Docket No. 00:6082-CR-FERGUSON

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Darwin L. Crenshaw** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Howard Smith** who was released by the Honorable **Lurana S. Snow** sitting in the court at **Fort Lauderdale**, on the 15th day of November, 2000 on the following bond:

1. Report to Pretrial Services once a week by telephone and once a month in person
2. Travel restricted to the Southern District of Florida for Court purposes and Northern District of Georgia
3. Maintain and/or seek full time employment
4. Surrender and/or do not obtain a passport or any travel document
5. Maintain current residence
6. Refrain from possession of firearms or destructive devices
7. Refrain from alcohol use
8. Random substance abuse testing and treatment as deemed necessary
9. Electronic Monitoring with Home Detention (deleted on 3/21/01, then later reinstated on 4/2/01)
10. Refrain from obstructing or attempting to obstruct or tamper with electronic monitoring equipment or substance abuse tests
11. Participate in an inpatient or outpatient treatment center as directed by Pretrial Services (6/29/01)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS
(If short insert here, if lengthy write on separate sheet and attach)

1. Mr. Smith has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for Amphetamine, Methamphetamine and cocaine on July 2, 2001. The results were confirmed positive for Amphetamine, Methamphetamine and Cocaine on August 15, 2001, by PharmChem Laboratories. The defendant also tested positive for Amphetamine and Methamphetamine on August 15, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on August 23, 2001, by PharmChem Laboratories. The defendant again tested positive for Amphetamine and Methamphetamine on August 24, 2001. The results were confirmed positive for Amphetamine and Methamphetamine on September 3, 2001, by PharmChem Laboratories.

2. Mr. Smith has violated the special condition of release that he participate in an inpatient or outpatient substance abuse treatment program by failing to complete the program due to poor attendance.

**PRAYING THAT THE COURT WILL ORDER BOND REVOKED AND THE DEFENDANT HELD WITHOUT BOND PENDING A HEARING PURSUANT TO 18 U.S.C. 3148.**

**ORDER OF COURT**

Considered and ordered this 26th
Day of SEPT., 2001
and ordered filed and made a part of the records in the above case.

_____
Honorable Wilkie D. Ferguson, Jr.
U.S. District Judge

Respectfully,

_____
Darwin L. Crenshaw
U.S. Pretrial Services Officer

Place: Fort Lauderdale

Date: September 21, 2001

MAGISTRATE __Feldman__    PRESIDING __P. Walker__ DEPUTY CLERK
CASE NUMBER __1:01-m-1430__    DEFENDANT'S NAME __Howard Smith__
AUSA __Tyler__    DEFENDANT'S ATTY __Kevin Brehm__
USPO __W. Cochran__    Type Counsel (circle): Retained    CJA    (FDP)

- ✓ Initial appearance hearing held.
- ✓ Defendant informed of rights.
- ✓ ORDER appointing Federal Defender Program attorney for defendant.
- ___ ORDER appointing _____ attorney for defendant.
- ___ ORDER defendant shall pay attorney's fees as follows: _____
- ✓ Defendant WAIVES removal hearing (as to identity only). WAIVER FILED.
- ___ Defendant WAIVES preliminary hearing (___ in this district only). WAIVER FILED.
- ___ Removal hearing set/reset/cont to _____ @ _____.
- ___ Removal hearing HELD.
- ___ Order finding probable cause. Defendant held to District Court for removal to other district.
- ___ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
- ✓ Order defendant removed to other district. Commitment issued __12/6/01__.
- ___ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

- ___ Government Motion for detention filed.
- ___ Bond/Pretrial detention hearing held.
- ✓ Pretrial detention hearing set for _____. (✓ in charging district)
- ___ (___ Verbal) Motion to reduce bond ___ GRANTED ___ DENIED
- ___ Pretrial detention ordered. (Written order to follow _____).
- ___ BOND set at $_____
  - ___ NON-SURETY
  - ___ SURETY/CASH: _____ Property Acceptable: _____ Corporate surety ONLY
  - ___ COMBINATION: _____
- ___ SPECIAL CONDITIONS: _____

_____

- ___ Bond filed, defendant released.
- ___ Bond not executed, defendant to remain in Marshal's custody.




UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HOWARD SMITH,

    Defendant.

CASE NO. 1:01-M-1430

### ORDER APPOINTING COUNSEL

KEVIN BREHM

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 6TH day of December, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

**DEC 06 2001**

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | WAIVER OF RULE 40 HEARINGS |
| vs. | (EXCLUDING PROBATION CASES) |
| HOWARD SMITH, | CASE NO.: 1:01-M-1430 |

I, HOWARD SMITH, understand that in the SOUTHERN DISTRICT OF FLORIDA (FORT LAUDERDALE, FL), charges are pending alleging violation of 18:3148, and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge(s) and of my right to:

(1) retain counsel or requires the assignment of counsel if I am unable to retain counsel,
(2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty,
(3) an identity hearing to determine if I am the person named in the charge, and
(4) a preliminary examination (unless indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or in the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

[X] identity hearing
[ ] preliminary examination
[ ] identity hearing and have been informed I have no right to a preliminary examination
[ ] identity hearing but request a preliminary examination be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

Dated in Atlanta, Georgia this 6TH day of DECEMBER, 2001.

_____
DEFENDANT

_____
DEFENSE COUNSEL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,      **COMMITMENT TO ANOTHER DISTRICT**

vs.

HOWARD SMITH,      CASE NO. 1:01-M-1430

Charges against the defendant are filed based upon a(n):

☐ indictment     ☐ information     ☐ complaint     X other (specify) **Petition**

charging a violation of **Title 18, United States Code, Section(s) 3148.**

| | |
|---|---|
| **DISTRICT OF OFFENSE:** | SOUTHERN DISTRICT OF FLORIDA (00-6082-CR-FERGUSON) |
| **DATE OF OFFENSE:** | |
| **DESCRIPTION OF CHARGES:** | Violation of Supervised Release |
| **BOND IS FIXED AT:** | $ None Set |

**TO:**    **THE UNITED STATES MARSHAL**

      You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

      Dated at Atlanta, Georgia this 6th day of December, 2001.

                                                    UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

**Date Commitment Order Received:**

**Place of Commitment:**

**Date Defendant Committed:**

**Date:**

**United States Marshal:**

**(By) Deputy Marshal:**