# SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Filed by _____ D.C.

JAN 11 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6082-CR-WDF

DEFENDANT __HOWARD SMITH (B)__  JUDGE __WILKIE D. FERGUSON JR.,__

Deputy Clerk __Karen Gardner__  DATE __January 11, 2002__

Court Reporter __Patricia Sanders__  USPO __Donald Jefferson__

AUSA __Roger Powell__  Deft's Counsel __Scott Sakin, Esq.,__

COUNTS DISMISSED _____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 46 | I |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | |

Comments: _credit for time served; 500 hrs drug treatment program in the_
_inmate financial responsibility program - for pmt_
_of fine; report to USPO w/in 72 hrs for S/R; No fed/state_

SPECIAL CONDITIONS: _to local crime, no possession of controlled on S/R_
_1. Approved mental program, mental health & subst. abuse_
_contribute to cost 2. No debt-loans, credit card, w/o USPO permission 3. Complete_
_access to financial info.  Cl. submit to search of personal property_

Assessment $ __100.00 (includes interest)__  Fine $ __3,000__

Restitution /Other _____

__X__ Remanded to the Custody of the U. S. Marshal Service  ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: __FCI Tallahassee__