USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

FILED BY
JAN 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6082-CR-FERGUSON |
| HOWARD L. SMITH | Counsel For Defendant: Scott Sakin, Esq. Counsel For The United States: Roger Powell Court Reporter: Patricia Sanders |

The defendant pleaded guilty to **Count One** of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C.§ 846 | Possession with intent to distribute MDMA | January, 1999 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Count(s) Remaining counts dismissed after sentencing according to plea agreement dismissed on the motion of the United States.**

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 6/20/77
Deft's U.S. Marshal No.: 38119-004  51787-019

Defendant's Mailing Address:
2743 Harper Woods Drive
Marietta, Georgia, 33062

Defendant's Residence Address:
2743 Harper Woods Drive
Marietta, Georgia, 33062

Date of Imposition of Sentence:
January 11, 2002

WILKIE D. FERGUSON, JR.
United States District Judge
January 16, 2002

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

DEFENDANT: HOWARD L. SMITH
CASE NUMBER: 00-6082-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **46 Months** as to Count One.

The Court recommends to the Bureau of Prisons:

F.C.I Talladega

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __3-11-02__ to __TDG (FCI)__

at __Talladega, Alabama__, with a certified copy of this judgment.

M, Jordan, Warden
~~UNITED STATES~~ MARSHAL

By: _G. Simon, LIC_
~~Deputy U.S. Marshal~~

I HAVE PARTIALLY/FULLY EXECUTED THIS J&C
TRANSFER ORDER BY TAKING CUSTODY OF
AT _____ AND COMMITTED
_____ ON _____

**BOP BUS LIEUTENANT**

I HAVE PARTIALLY/FULLY EXECUTED THIS J&C/WRIT/WARRANT
TRANSFER ORDER BY TAKING CUSTODY OF SMITH
AT  MIM  AND COMMITTED SAME TO
TAL  ON  3/5/02

**BOP BUS LIEUTENANT**

I HAVE PARTIALLY/FULLY EXECUTED THIS J&C/WRIT/WARRANT
TRANSFER ORDER BY TAKING CUSTODY OF SMITH
AT  TAL  AND COMMITTED SAME TO
ATL  ON  3/6/02

**BOP BUS LIEUTENANT**