PROB 35
(Rev 1/92)

SD/FL PACTS No. 65744

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

### CASE No. <u>00-6082-CR-Ferguson</u>

UNITED STATES OF AMERICA

(Graham)

v.

Howard L. Smith

FILED by _____ D.C.

APR 07 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

On January 11, 2002, the above named was placed on probation/supervised release for a period of <u>three (3)</u> years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

U. S. Probation Officer
Gidget O. Mitchell
Phone: (954) 769-5584

# ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _6th_ day of _Apr._, 2006.

United States District Judge